# United States District Court
## Northern District of New York

## JUDGMENT IN A CIVIL CASE

**SYLVIA JENKINS**

          **V.**          **CASE NUMBER: 5:06-CV-60(FJS/GJD)**

**EMERGENCY DEPARTMENT
UPSTATE UNIVERSITY HOSPITAL**

**[ ]**    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**[XX]**    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of DEFENDANT against PLAINTIFF dismissing this action for failure to prosecute pursuant to the Memorandum-Decision and Order of the Hon. Frederick J. Scullin, Jr., filed on April 14, 2006.

DATED:    June 14, 2006

                                                          Clerk of Court

LKB:lmp